Daniel S. Mount, Esq. (State Bar No. 077517)
Ron C. Finley, Esq. (State Bar No. 200549)
Peggy H. Chen, Esq. (State Bar No. 214776)
MOUNT & STOELKER
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA 95110
Telephone: (408) 279-7000
Facsimile:  (408) 998-1473

Attorneys for Defendant
PRETEC ELECTRONICS CORP.

Jon B. Streeter, Esq. (State Bar No. 101970)
G. Whitney Leigh, Esq. (State Bar No. 153457)
Ravind S. Grewal, Esq. (State Bar No. 220543)
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant
MEMOREX PRODUCTS, INC.

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SANDISK CORPORATION, a Delaware corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>MEMOREX PRODUCTS, INC., a California Corporation; PRETEC ELECTRONICS CORP., a California corporation; POWER QUOTIENT INTERNATIONAL CO., LTD., a Taiwanese Corporation and RITEK CORPORATION, a Taiwanese Corporation.<br><br>        Defendants. | CASE NO.:  CV-01-4063 VRW<br><br>**NOTICE OF DEFENDANTS PRETEC AND MEMOREX'S ADOPTION OF THE AUGUST 2, 2002, JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**<br><br>**[Patent Local Rule 4-3]** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants PRETEC ELECTRONICS CORP. and MEMOREX PRODUCTS, INC. (collectively "Defendants"), consistent with Judge Vaughn R. Walker's January 9, 2003 Order, hereby adopt the JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT filed by SanDisk Corporation and Ritek Corporation on August 2, 2002, pursuant to Patent L.R. 4-3. As discovery and investigation is ongoing, Defendants reserve the right to supplement or amend their Patent L.R. 4-3 contentions as additional information becomes available.

MOUNT & STOELKER

Dated: February 19, 2003          By:   /s/ Ronald C. Finley
                                        Daniel S. Mount, Esq.
                                        Ron C. Finley, Esq.
                                        Peggy H. Chen, Esq.
                                        Attorneys for Defendant
                                        PRETEC ELECTRONICS CORP.


KEKER & VAN NEST, LLP

Dated: February 19, 2003          By:   /s/ Ravind S. Grewal
                                        Jon B. Streeter, Esq.
                                        G. Whitney Leigh, Esq.
                                        Ravind S. Grewal, Esq.
                                        Attorneys for Defendant
                                        MEMOREX PRODUCTS, INC.

1

NOTICE OF PRETEC AND MEMOREX'S ADOPTION OF THE
JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT
Case No. CV-01-4063 VRW