| | |
|---|---|
| 1 | MICHAEL A. LADRA, State Bar No. 64307 |
| | JAMES C. YOON, State Bar No. 177155 |
| 2 | MICHAEL A. BERTA, State Bar No. 194650 |
| | ARIANA M. CHUNG-HAN, State Bar No. 197572 |
| 3 | KRISHNA K. JUVVADI, State Bar No. 221493 |
| | WILSON SONSINI GOODRICH & ROSATI |
| 4 | Professional Corporation |
| | 650 Page Mill Road |
| 5 | Palo Alto, CA 94304-1050 |
| | Telephone: (650) 493-9300 |
| 6 | Facsimile:  (650) 565-5100 |

Attorneys for Plaintiff
SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SANDISK CORPORATION, a Delaware corporation, | CASE NO.: CV 01-4063 VRW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO HOLD THE *MARKMAN* HEARING AND ORAL ARGUMENT ON SANDISK'S MOTION TO STRIKE ON AUGUST 16, 2006 |
| v. | |
| MEMOREX PRODUCTS, INC., a California corporation, formerly d/b/a MEMTEC PRODUCTS, INC., a California corporation; PRETEC ELECTRONICS CORPORATION, a California corporation; and RITEK CORPORATION, a Taiwanese corporation. | |
| Defendants. | |

1   WHEREAS, in a April 4, 2006 email, this Court notified counsel for SanDisk
2  Corporation ("SanDisk") that Judge Walker was unavailable on May 12, 2006 for the Claim
3  Construction Hearing ("*Markman* Hearing") and oral argument on SanDisk's Motion to Strike
4  Defendants' Addition of New Claim Terms and New Claim Constructions ("Motion to Strike");
5   WHEREAS, counsel for SanDisk forwarded the Court's April 4th Notice to counsel for
6  Defendants Memorex Products, Inc. ("Memorex"), Pretec Electronics Corporation ("Pretec"),
7  and Ritek Corporation ("Ritek");
8   WHEREAS, the parties have reached a stipulation for a new hearing date;
9   The parties, pursuant to a stipulation, hereby respectfully request that the *Markman*
10 Hearing and oral argument on SanDisk's Motion to Strike be held on August 16, 2006.

11

12 Dated: April 26, 2006                WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation
13

14
                                        By:     /s/ Krishna K. Juvvadi
15                                                  Krishna K. Juvvadi

16                                      Attorneys for Plaintiff
                                        SANDISK CORPORATION
17

18 Dated: April 26, 2006                FISH & RICHARDSON P.C.

19

20                                      By:     /s/ Charles H. Sanders
                                                    Charles H. Sanders
21
                                        Attorneys for Defendant
22                                      RITEK CORPORATION

23
   Dated: April 26, 2006                MOUNT & STOELKER, P.C.
24

25
                                        By:     /s/ Jeremy M. Duggan
26                                                  Jeremy M. Duggan

27                                      Attorneys for Defendant
                                        PRETEC ELECTRONICS CORPORATION
28

1 | Dated: April 26, 2006          KEKER & VAN NEST LLP

3          By:    /s/ Jon B. Streeter
              Jon B. Streeter

Attorneys for Defendant
MEMOREX PRODUCTS, INC.

7      PURSUANT TO STIPULATION, IT IS SO ORDERED.

8 Dated: _____

9          By: _____
         THE HONORABLE VAUGHN R. WALKER
         UNITED STATES DISTRICT COURT FOR THE
         NORTHERN DISTRICT OF CALIFORNIA

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Vaughn R Walker signature]*

1  I, Krishna K. Juvvadi, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order to Hold the *Markman* Hearing and SanDisk's Motion to Strike on August 16, 2006. In compliance with General Order 45.X.B, I hereby attest that Charles H. Sanders, Jeremy M. Duggan and Jon B. Streeter have concurred in this filing.

Dated: April 26, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ Krishna K. Juvvadi
        Krishna K. Juvvadi

Attorneys for Plaintiff
SANDISK CORPORATION