1  MICHAEL A LADRA, State Bar No. 64307
   JAMES C. YOON, State Bar No. 177155
2  MICHAEL A. BERTA, State Bar No. 194650
   ARIANA M. CHUNG-HAN, State Bar No. 197572
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
6
   Attorneys for Plaintiff
7  SANDISK CORPORATION

8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11

12

13 | SANDISK CORPORATION, a Delaware    ) CASE NO.:  CV 01-04063 VRW
   | Corporation.                       )
14 |         Plaintiff,                  ) STIPULATION AND [~~PROPOSED~~]
   |                                    ) ORDER TO CHANGE THE DATE OF
15 |    v.                               ) THE CLAIM CONSTRUCTION
   |                                    ) HEARING BY PLAINTIFF SANDISK
16 | MEMOREX PRODUCTS, INC., a California) CORPORATION AND DEFENDANTS
   | corporation, formerly d/b/a MEMTEC  ) MEMOREX PRODUCTS, INC.,
17 | PRODUCTS, INC., a California corporation;) PRETEC ELECTRONICS
   | PRETEC ELECTRONICS CORPORATION, a  ) CORPORATION, AND RITEK
18 | California corporation; POWER QUOTIENT) CORPORATION
   | INTERNATIONAL CO., LTD., a Taiwanese)
19 | corporation; and RITEK CORPORATION, a)
   | Taiwanese corporation.
20 |         Defendants.

21

22      WHEREAS, a Claim Construction Hearing has been scheduled in this matter for

23 Thursday, December 14, 2006 (*see* Docket No. 419);

24      WHEREAS, certain parties have irresolvable conflicts that have arisen, including that

25 counsel for Plaintiff SanDisk Corporation will be in trial on that Thursday, December 14, 2006

26 and counsel for Defendant Memorex Products, Inc. is also highly likely to be in trial on

27 Thursday, December 14, 2006;

28

STIPULATION AND [PROPOSED] ORDER TO            -1-
CHANGE THE DATE OF THE CLAIM
CONSTRUCTION HEARING

1    WHEREAS, counsel for the Parties have met and conferred to identify an alternate date
2 for the Claim Construction Hearing;
3    NOW, THEREFORE, IT IS HEREBY STIPULATED, by and among Plaintiff and
4 Defendants Memorex Products, Inc., Pretec Electronics Corporation, and Ritek Corporation,
5 through their undersigned counsel, that the parties ask that the Claim Construction Hearing and
6 the Hearing on SanDisk's Motion To Strike New Claim Terms And Claim Constructions,
7 currently scheduled for Thursday, December 14, 2006, be rescheduled for Thursday, January 18,
8 2007.

10  Dated: November 8, 2006                    WILSON SONSINI GOODRICH & ROSATI

                                              By:   /s/ Michael A. Berta
12                                                    Michael A. Berta

13                                            Attorneys for Plaintiff
                                              SANDISK CORPORATION

16  Dated: November 8, 2006                    FISH & RICHARDSON P.C.

17                                            By:   /s/ Charles H. Sanders
                                                     Charles H. Sanders
18
                                              Attorneys for Defendant
19                                            RITEK CORPORATION

21  Dated: November 8, 2006                    GONZALES & LEIGH LLP

                                              By:   /s/ G. Whitney Leigh
23                                                    G. Whitney Leigh

24                                            Attorneys for Defendant
                                              MEMOREX PRODUCTS INC.

STIPULATION AND [PROPOSED] ORDER TO             -2-
CHANGE THE DATE OF THE CLAIM
CONSTRUCTION HEARING

| | |
|---|---|
| Dated:  November 8, 2006 | KEKER & VAN NEST LLP |
| | By:   /s/ Jon B. Streeter<br>            Jon B. Streeter |
| | Attorneys for Defendant<br>MEMOREX PRODUCTS INC |
| Dated:  November 8, 2006 | MOUNT &STOEKLER P.C. |
| | By:   /s/ Daniel S. Mount<br>            Daniel S. Mount |
| | Attorneys for Defendant<br>PRETEC ELECTRONICS CORPORATION |

### ECF CERTIFICATION

I, Michael A. Berta, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CHANGE THE DATE OF THE CLAIM CONSTRUCTION HEARING BY PLAINTIFF SANDISK CORPORATION AND DEFENDANTS MEMOREX PRODUCTS, INC., PRETEC ELECTRONICS CORPORATION, AND RITEK CORPORATION.  Pursuant to General Order 45.X.B, I attest that the content of this document is acceptable to all attorneys for the parties required to sign this document.

| | |
|---|---|
| Dated:  November 8, 2006 | WILSON SONSINI GOODRICH & ROSATI<br>  Professional Corporation |
| | By:   /s/ Michael A. Berta<br>            Michael A. Berta |
| | Attorneys for Plaintiff<br>SANDISK CORPORATION |

**IT IS SO ORDERED:**

Dated: November 15, 2006

GRANTED

Judge Vaughn R Walker

_____
Hon. Vaughn R. Walker
Chief Judge
United States District Court for the
Northern District of California