```
1  JAMES C. YOON, State Bar No. 177155 (jyoon@wsgr.com)
   MICHAEL A. BERTA, State Bar No. 194650 (mberta@wsgr.com)
2  ARIANA M. CHUNG-HAN, State Bar No. 197572 (achung@wsgr.com)
   RYAN R. SMITH, State Bar No. 229323 (rsmith@wsgr.com)
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone:  (650) 493-9300
   Facsimile:  (650) 565-5100
6
   Attorneys for Plaintiff
7  SANDISK CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION, a Delaware corporation, | CASE NO.:  CV 01-4063 VRW |
| Plaintiff, | **STIPULATION OF SANDISK CORPORATION AND MEMOREX PRODUCTS, INC. AND [PROPOSED] ORDER REGARDING PRE-TRIAL SCHEDULE** |
| v. | |
| MEMOREX PRODUCTS, INC., a California corporation, formerly d/b/a MEMTEC PRODUCTS, INC., a California corporation; PRETEC ELECTRONICS CORPORATION, a California corporation. | **(MODIFIED BY COURT)** |
| Defendants. | |

WHEREAS, on July 13, 2007, the Court issued a Pretrial Order setting the pretrial conference for October 9, 2007 and setting the trial to begin on November 5, 2007;

WHEREAS, Plaintiff SanDisk Corporation and Defendant Memorex Products, Inc, have agreed to set a schedule for pretrial deadlines;

WHEREAS, Defendant Pretec Electronics Corporation takes no position regarding the pre-trial schedule and voices no objection;

THEREFORE, SanDisk and Memorex hereby stipulate to the following schedule:

| | |
|---|---|
| Fri., 9/14/07 | Fact Discovery Ends |
| Fri., 9/14/07 | Last Day to File Motion to Compel |
| Thurs., 9/20/07 | Parties to exchange Expert Reports on issues on which they carry the burden of proof. |
| Fri., 9/21/07 | Last Day to File Dispositive Motion Deadline |
| Tues., 9/25/07 | Parties to exchange jury instructions, voir dire and form of verdict |
| Tues., 9/25/07 | Designation of deposition testimony |
| Tues., 9/25/07 | Identification of Exhibits and Witnesses |
| Tues., 9/25/07 | Motions *in Limine*. File jury instructions, voir dire and form of verdict. |
| Tues., 9/25/07 | Joint pretrial conference statement and proposed findings of fact |
| Fri., 9/28/07 | Parties to exchange Rebuttal Reports. |
| Tues., 10/2/07 | Oppositions to Motions *in Limine* |
| Tues., 10/2/07 | Identification of Rebuttal Exhibits and Witnesses |
| Tues., 10/2/07 | Objections to Exhibits and Deposition Testimony |
| Tues., 10/2/07 | Counter Designations of deposition transcripts for rebuttal/impeachment |
| Tues., 10/2/07 | Parties to exchange objections to proposed jury instructions, voir dire and form of verdict |
| Tues., 10/2/07 | Objections to Rebuttal Exhibits and Counter Designations to Deposition Transcripts |
| Fri., 10/5/07 | Section 282 Notice |
| Tues., 10/9/07 | Pretrial Conference including motions *in limine* |
| Wed., 10/24/07 | Expert discovery closes |
| ~~Mon., 11/5/07~~ | ~~Trial~~ |

**Wed. 11/14/2007 - Trial . Case to trail C05-5307 Nash V BARTD**

1  Dated: July 27, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Ryan R. Smith
     Ryan R. Smith

Attorneys for Plaintiff
SanDisk Corporation

Dated: July 27, 2007

KEKER & VAN VEST, LLP

By: [signature]
     Jon B. Streeter

Attorneys for Defendant
Memorex Products, Inc.

IT IS SO ORDERED.

Dated: 8/1/2007

Hon. [signature]
United [States District Judge]

*IT IS SO ORDERED AS MODIFIED*
*Judge Vaughn R Walker*

STIPULATION OF SANDISK AND MEMOREX AND [PROPOSED] ORDER REGARDING PRE-TRIAL SCHEDULE

-3-

Memorex - Stip re pre-trial schedule_(PALIB1_3153554_1) (5)

1 | I, Ryan R. Smith, am the ECF User whose identification and password are being used to
2 | file this Joint Case Management Conference Statement. In compliance with General Order
3 | 45.X.B, I hereby attest that Jon Streeter concurred in this filing. Counsel for Pretec stated that
4 | "Pretec can take no position re this and voices no objection."

Dated: July 27, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:   /s/ Ryan R. Smith
          Ryan R. Smith

Attorneys for Plaintiff
SANDISK CORPORATION