IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANDISK CORP,                                No  C 01-4063 VRW

       Plaintiff,                         ORDER TO SHOW CAUSE

       v

MEMOREX PRODUCTS, INC, et al,

       Defendants.
_____/

     Plaintiff Sandisk Corp ("Sandisk") filed a motion for summary judgment of infringement against defendant Pretec Electronics Corp ("Pretec") on September 6, 2007.  Doc #474.  This motion was to be heard on October 25, 2007.  Pretec failed to file an opposition on or before October 4, 2007 as required by Civ Local Rule 7-3(a).

\\

\\

\\

Accordingly, the October 25, 2007 hearing on Sandisk's motion is VACATED and Pretec is ORDERED TO SHOW CAUSE in writing by October 12, 2007, why Sandisk's motion should not be treated as unopposed and granted.

SO ORDERED.

VAUGHN R WALKER

United States District Chief Judge