IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORP, | No C 01-4063 VRW |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v | |
| MEMOREX PRODUCTS, INC, et al, | |
| Defendants. / | |

      Plaintiff Sandisk Corp ("Sandisk") filed a motion for summary judgment of infringement against defendant Pretec Electronics Corp ("Pretec") on September 6, 2007. Doc #474. This motion was to be heard on October 25, 2007. Pretec failed to file an opposition on or before October 4, 2007 as required by Civ Local Rule 7-3(a). Accordingly, on October 9, 2007, the court vacated the October 25, 2007 hearing and ordered Pretec to show cause by October 12, 2007 why Sandisk's motion should not be treated as unopposed and granted. Doc #489. Pretec has been represented in this action by the law firm of Mount & Stoelker.

1    On October 12, 2007, the law firm of Matthews & Partners
2 filed a request on Pretec's behalf seeking leave "to make a special
3 appearance until a substitution of attorney can be accomplished"
4 and further requesting "an extension of 5 business days, to and
5 including October 19, 2007, within which to file a response to the
6 OSC." Doc #490.

7    Pretec is given until October 19, 2007 within which time
8 to (1) enter an appearance and substitution of counsel, and (2)
9 respond to the order to show cause of October 9, 2007.

11    SO ORDERED.

*[signature]*

VAUGHN R WALKER

United States District Chief Judge