UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SANDISK CORPORATION, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. C 01-4063   VRW |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| PRETEC ELECTRONICS CORP., | ) | |
| | ) | |
| Defendant, | ) | |
| ____ _____ | ) | |

          Having advised the court  that the parties have agreed to a settlement of this case;

IT IS HEREBY ORDERED that this cause of action be dismissed with prejudice,  provided,

however, that if any party hereto shall certify to this court, within ninety days, with proof of service

of a copy thereof, that the agreed consideration for said settlement has not been delivered over, the

foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be

set for trial.

Dated:  July 1, 2008

_____
VAUGHN R WALKER
UNITED STATES DISTRICT CHIEF JUDGE